# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERICK-OMOYUMA SILVER,

    Plaintiff(s),

v.

CLARK COUNTY CHILD SUPPORT DIVISION, et al.,

    Defendant(s).

Case No.: 2:19-cv-01414-RFB-NJK

**ORDER**

(Docket Nos. 8, 9)

Pending before the Court are Plaintiff's motions to add documentation into a civil contract case and for issuance of summons. Docket Nos. 8, 9. The undersigned has issued a report and recommendation for dismissal of the instant case.

Accordingly, Plaintiff's motions are **DENIED** without prejudice. Docket Nos. 8, 9.

IT IS SO ORDERED.

Dated: April 1, 2020

                                        Nancy J. Koppe
                                        United States Magistrate Judge